UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | DEFAULT JUDGMENT |
| | § | |
| vs. | § | |
| | § | Civil Action No.: CV-05-1176 |
| MARY A. BRUNSON | § | Hon. Nicholas G. Garaufis |
| A/K/A ,MARY BRUNSON | § | |

Because Mary A. Brunson, a/k/a Mary Brunson, failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Mary A. Brunson, a/k/a Mary Brunson, residing at 32 Stanley Ave, Staten Island , NY 10301-2832:

<u>Claim No. C-109789W:</u>
| | |
|---|---|
| Principal Balance | $2,905.42 |
| Total Interest Accrued | $3,702.00 |
| Administrative Charges | $56.50 |
| Attorney Fees | $.00 |
| Less Credits (Debtor Payments) | $.00 |
| Subtotal Owed | $6,663.92 |
| Filing Fees Pursuant to | |
| 28 U.S.C. Section 2412(a)(2) | $250.00 |
| Total Due | $6,913.92 |

Dated: Brooklyn, New York April 29, 2005

_____
Hon. Nicholas G. Garaufis
United States District Judge

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.